# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                         NO. 4:15CR00147 JLH

FREDDIE LEE EZEKIEL                                              DEFENDANT

## **ORDER**

The United States has filed a motion to dismiss the indictment against defendant Freddie Lee Ezekiel. Without objection, the motion is GRANTED. Document #19. The indictment in this action against Freddie Lee Ezekiel is hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of June, 2016.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE